UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DOROTHY ROBISON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:19-cv-00589-RLY-MG |
| | ) |
| IAN PETERSON and | ) |
| JONATHAN HORLOCK, | ) |
| | ) |
| Defendants. | ) |

**VERDICT FORM**

We, the jury in the above-entitled action, unanimously answer the following questions:

1. Do you find that Ian Peterson reasonably feared for his life, or reasonably feared that he or Jonathan Horlock faced imminent risk of serious bodily injury when he fired his gun at Daniel Cedars?

    Yes_____          No__✓__

2. Do you find that Jonathan Horlock reasonably feared for his life, or reasonably feared that he or Ian Peterson faced imminent risk of serious bodily injury when he fired his gun at Daniel Cedars?

    Yes_____          No__✓__

3. Did the Plaintiff prove by a preponderance of the evidence that Ian Peterson used unreasonable force against Daniel Cedars?

    Yes__✓__             No_____

4. Did the Plaintiff prove by a preponderance of the evidence that Jonathan Horlock used unreasonable force against Daniel Cedars?

    Yes__✓__             No_____

1

[If you answered "yes" to either Question 3 or 4, then go to Question 5. If you answered "No" to both Questions 3 and 4, then the foreperson should sign and date the verdict form at the bottom, and you should not answer any more questions on this verdict form.]

5. Did the Plaintiff prove by a preponderance of the evidence that he is entitled to recover compensatory damages?

   Yes ✓        No ____

[If you answered "Yes" to Questions to 5, then go to Questions 6 and/or 7. If you answered "No" to Question 5, then the foreperson should sign and date the verdict form at the bottom, and you should not answer any more questions on this verdict form.]

6. What is the amount of compensatory damages that Plaintiff proved by a preponderance of the evidence that he is entitled to recover from Ian Peterson?

  $600,000

7. What is the amount of compensatory damages that Plaintiff proved by a preponderance of the evidence that he is entitled to recover from Jonathan Horlock?

  $600,000

8. Did the Plaintiff prove by a preponderance of the evidence that they are entitled to recover punitive damages?

   Yes ____        No ✓

[If you answered "Yes" to Question 8, then go to Question 9 and/or 10. If you answered "No," then the foreperson should sign and date the verdict form at the bottom, and you should not answer any more questions on this verdict form.]

9. What is the amount of punitive damages that would appropriately punish Ian Peterson for his conduct and serve as an example or warning to him and other officers not to engage in similar conduct in the future?

  _____

2

10. What is the amount of punitive damages that would appropriately punish Jonathan Horlock for his conduct and serve as an example or warning to him and other officers not to engage in similar conduct in the future?

_____

**The Foreperson should sign and date this Verdict Form.**

_____     Dated: April 28th 2022
Foreperson's Signature