UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DOROTHY ROBISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-cv-00589-RLY-MG |
| | ) | |
| IAN PETERSON and | ) | |
| JONATHAN HORLOCK, | ) | |
| | ) | |
| Defendants. | ) | |

## FINAL JUDGMENT

Dorothy Robison, as Special Administratix of the Estate of Daniel Cedars, Deceased, and Gloria Cloud filed suit against the Consolidated City of Indianapolis and Marion County (the "City"), Ian Peterson, and Jonathan Horlock. On November 18, 2020, this court granted Defendants' motion for summary judgment on Plaintiffs' *Monell* claim against the City and Gloria Cloud's state law emotional distress claims. The court denied summary judgment on Plaintiff's Fourth Amendment claims against Ian Peterson and Jonathan Horlock. On April 28, 2022, a jury rendered a verdict in favor of Plaintiff and against Defendants on all remaining claims. The jury awarded Plaintiff $600,000 in damages against each Defendant for a total award of $1.2 million. Accordingly, the court now enters judgment in favor of Plaintiff and against Defendants.

**SO ORDERED** this 2nd day of May 2022.

Roger A.G. Sharpe, Clerk

BY: _Nina M. Dale_

Deputy Clerk, U.S. District Court

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.